IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED

NOV 30 2015

Clerk, U.S. District Court
District Of Montana
Helena

| AARON FRANK, | |
|---|---|
| Plaintiff, | No. CV 15-26-BU-SEH |
| vs. | ORDER |
| TOWN OF WEST YELLOWSTONE, MONTANA; COLE PARKER, in his individual and official capacity; JOHN COSTELLO, in his individual and official capacity; GREG FORSYTHE, in his individual and official capacity; and BRAD SCHMIER, in his individual and official capacity, | |
| Defendants. | |

On the record made in open court on November 30, 2015,

ORDERED:

1. Defendants Paker's, Costello's, Forsythe's, and Schmier's Motion to

Dismiss[1] all claims made against them in their individual or official capacity are GRANTED.

2. Defendant Town of West Yellowstone's Partial Motion to Dismiss[2] is GRANTED in part as follows:

Counts I, II, III, IV, V, VI, and IX are DISMISSED.

3. At the request of Plaintiff, the Court has determined that the issue of whether Plaintiff's capacity to seek recovery for alleged wrongful or constructive discharge is governed by the terms of the Collective Bargaining Agreement of February 17, 2009, between the Town of West Yellowstone and the West Yellowstone Police Protective Unit. Parties shall file briefs concerning this issue on or before December 4, 2015.

DATED this 30th day of November, 2015.

SAM E. HADDON
United States District Judge

---

[1] Doc. 5.

[2] Doc. 5.